# EXHIBIT A-1

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35537-CV

PATRICIA, ET AL, ALBARADO          ATTORNEY: WILLIAMS, JUSTIN L
                                              550 N. WATER STREET
                                              CORPUS CHRISTI, TX 78401
                                              (361)885-0184

--VS.--

DANIEL DEFENSE, LLC                ATTORNEY:
DANIEL DEFENSE, INC.               ATTORNEY:
OASIS OUTBACK, LLC                 ATTORNEY:
FIREQUEST INTERNATIONAL, INC.      ATTORNEY:
FLASH CO., INC.                    ATTORNEY:

CAUSE OF ACTION: ALL OTHER CIVIL CASES
FILE DATE: 05/21/2024

| DATE | NATURE OF PROCEEDINGS REMARKS | AMOUNT | USER |
|---|---|---|---|
| 05/21/2024 | ORIGINAL PETITION CIVIL<br>PET-PETITION FILING CODE CHOSEN, PLAINTIFFS' ORIGINAL PETITION AND REQUESTS FOR DISCLOSURES | $350.00 | AVERA |
| 05/21/2024 | ISSUE CITATION | $56.00 | AVERA |
| 05/21/2024 | JURY FEE | $10.00 | AVERA |
| 05/21/2024 | PETITION<br>ISSUANCE OF SERVICE | $0.00 | AVERA |
| 05/21/2024 | RECEIPT ISSUED<br>213421 | $416.00 | AVERA |
| 05/21/2024 | CITATION ISSUED<br>CITATION ISSUED ON DANIEL DEFENSE LLC; RA MARVIN MCDANIEL | $0.00 | AVERA |
| 05/21/2024 | CITATION ISSUED<br>CITATION ISSUED ON DANIEL DEFENSE, LLC; RA ROD REASEN | $0.00 | AVERA |
| 05/21/2024 | CITATION ISSUED<br>CITATION ISSUED ON DANIE DEFENSE INC.; RA MARVIN MCDANIEL | $0.00 | AVERA |
| 05/21/2024 | CITATION ISSUED<br>CITATION ISSUED ON DANIE DEFENSE INC.; RA ROD REASEN | $0.00 | AVERA |
| 05/21/2024 | CITATION ISSUED<br>CITATION ISSUED ON OASIS OUTBACK LLC; RA WILLIAM R KLEIN | $0.00 | AVERA |
| 05/21/2024 | CITATION ISSUED<br>CITATION ISSUED ON FIREQUEST INTERNATIONAL, INC.; RA LISA MCCUISTION | $0.00 | AVERA |
| 05/21/2024 | CITATION ISSUED<br>CITATION ISSUED ON FLASH CO. INC.; RA VINCENT TRONCOSCO | $0.00 | AVERA |
| 05/30/2024 | GREEN CARD RETURNED | $0.00 | AVERA |

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35537-CV

====================================================================

CAUSE OF ACTION: ALL OTHER CIVIL CASES
FILE DATE: 05/21/2024

====================================================================

| DATE | NATURE OF PROCEEDINGS | AMOUNT | USER |
|------|----------------------|--------|------|
|      | REMARKS              |        |      |

====================================================================

GREEN CARD RTN JUSTIN L WILLIAMS

TOTAL PLEADINGS LISTED: 13